|                                           |     |                                  |
|-------------------------------------------|-----|----------------------------------|
| STEPHEN MANLEY,<br>**Plaintiff,**<br><br>v.<br><br>**WHITE COUNTY SHERIFF OFFICE,<br>DAVID ROZZI, MARK DELGADO,<br>JEANNA PITSTICK, AND WLFI NEWS 18<br>AFFILIATE,<br>DEFENDANTS.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **IN THE**<br><br>**UNITED STATES DISTRICT COURT**<br><br>**FOR THE**<br><br>**SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION**<br><br>**Civil Action No. 4:24-CV-03906** |

United States Courts
Southern District of Texas
F I L E D

**MAR 0 9 2026**

Nathan Ochsner, Clerk of Court

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, STEPHEN MANLEY, pro se, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this case on Febuary 10, 2026, and entered on the docket on Febuary 11 , 2026, by Alfred H. Bennett,

Additionally, Plaintiff requests to proceed in forma pauperis on appeal . Plaintiff has previously been granted in forma pauperis status in the district court, but submits this request for the appellate process as well.

Date: 3-9-2026

Respectfully submitted,

*Stephen Manley /s/*
Stephen Manley
13427 Nitida St.
Houston, TX 77045
Email: theproselitigationfirm@gmail.com
Plaintiff, Pro Se